## A10A1398. WHEELER v. THE STATE.
(717 SE2d 682)

McFADDEN, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Wheeler v. State*, 289 Ga. 537 (713 SE2d 393) (2011), our decision in *Wheeler v. State*, 305 Ga. App. 501 (699 SE2d 745) (2010), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Miller, P. J., and Phipps, P. J., concur.*

DECIDED OCTOBER 14, 2011.

*Jennifer A. Trieshmann*, for appellant.

*Leigh E. Patterson, District Attorney, Natalee L. Staats, Assistant District Attorney*, for appellee.